FILED
7/18/19 1:56 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | Case No. 19-22595 GLT |
| | ) | Chapter 7 |
| ANTHONY J. PERRI | ) | |
| NATALIE PERRI, | ) | Docket No. 10 |
| *Debtors* | ) | |
| | ) | |
| ANTHONY J. PERRI | ) | |
| NATALIE PERRI, | ) | |
| *Movants* | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| *No Respondents* | ) | |

## ORDER OF COURT

AND NOW, to wit, this __18th__ day of __July__, 2019, it is hereby ORDERED, ADJUDGED, and DECREED, that the Debtors, Anthony and Natalie Perri, are hereby granted an extension until July 26, 2019 to file the completed Chapter 7 petition in this case.

FURTHER ORDERED:

Dated: 7/18/19

_____J.
GREGORY L. TADDONIO
UNITED STATES BANKRUPTCY COURT

cm: Lauren Lamb, Esq.

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 19-22595-GLT
Anthony J. Perri                                                        Chapter 7
Natalie Perri
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: nsha              Page 1 of 1              Date Rcvd: Jul 18, 2019
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 20, 2019.
db/jdb         +Anthony J. Perri,   Natalie Perri,   110 Highland Avenue,   Monaca, PA 15061-2619

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2019                                 Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 18, 2019 at the address(es) listed below:
          Eric E. Bononi    bankruptcy@bononilaw.com, pa69@ecfcbis.com
          James  Warmbrodt    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
           bkgroup@kmllawgroup.com
          Keri P. Ebeck    on behalf of Creditor   Duquesne Light Company kebeck@bernsteinlaw.com,
           jbluemle@bernsteinlaw.com
          Lauren M. Lamb    on behalf of Joint Debtor Natalie  Perri
           julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@s
           teidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@stei
           dl-steinberg.com
          Lauren M. Lamb    on behalf of Debtor Anthony J. Perri
           julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@s
           teidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@stei
           dl-steinberg.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
                                                                                             TOTAL: 6