# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Natalie Perri aka Natalie Holava**<br>**Anthony J. Perri**<br>                    **Debtor(s)**<br><br>**Nationstar Mortgage LLC d/b/a Mr. Cooper**<br>                    **Movant**<br>       vs.<br><br>**Natalie Perri aka Natalie Holava**<br>**Anthony J. Perri**<br>                  **Respondents**<br><br>**Eric E. Bononi**,   Trustee<br>                  **Additional Respondent** | **BK NO. 19-22595 GLT**<br><br>**Chapter 7**<br><br>**Related to Doc No. 23** |

## CERTIFICATE OF SERVICE OF
## DEFAULT ORDER ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY

I, James C. Warmbrodt, of KML Law Group, P.C., certify under penalty of perjury that on <u>October 15, 2019</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

<u>Debtor(s)</u>
Natalie Perri aka Natalie Holava
110 Highland Avenue
Monaca, PA 15061

Anthony J. Perri
110 Highland Avenue
Monaca, PA 15061

<u>Attorney for Debtor(s)</u>
Lauren M. Lamb, Esq.
707 Grant Street, Suite 2830 (VIA ECF)
Gulf Building
Pittsburgh, PA 15219
llamb@steidl-steinberg.com

28th Floor - Gulf Tower

<u>Trustee</u>
Eric E. Bononi
20 North Pennsylvania Avenue (VIA ECF)
Greensburg, PA 15601
bankruptcy@bononiandbononi.com

Office of the U.S. Attorney
Liberty Center
1001 Liberty Avenue, Ste. 970
Pittsburgh, PA 15222
Ustpregion03.pi.ecf@usdoj.gov

Method of Service:  electronic means or first class mail

Dated: <u>October 15, 2019</u>

                    **/s/James C. Warmbrodt, Esquire**
                    James C. Warmbrodt, Esquire
                    Attorney I.D. No. 42524
                    KML Law Group, P.C.
                    BNY Mellon Independence Center
                    701 Market Street, Suite 5000
                    Philadelphia, PA 19106
                    412-430-3594
                    jwarmbrodt@kmllawgroup.com